**ATTACHMENT A**

$404,374.12 seized from National Bank of Arizona account '0178 ("NBA '0178 Funds"), held in the name of Scott Spear ("Spear");

$1,925.80 seized from National Bank of Arizona account '0151 ("NBA '0151 Funds"), held in the name of Spear and Ellona Spear ("E. Spear");

$613,573.28 seized from National Bank of Arizona account '3645 ("NBA '3645 Funds"), held in the name of Spear and E. Spear Family Trust.

$260,283.40 seized from National Bank of Arizona account '6910 ("NBA '6910 Funds"), held in the name of Spear and E. Spear Family Trust.

$64,552.82 seized from or frozen in Ascensus Broker Services 4301 ("ABS '4301 Funds"), held in the name of Natasha Spear ("N. Spear").

$56,902.99 seized from or frozen in Ascensus Broker Services 8001 ("ABS '8001 Funds"), held in the name of N. Spear.