1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JOHN J. KUCERA (Cal. Bar No. 274184)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-3391
        Facsimile: (213) 894-7177
9       E-mail:    John.Kucera@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-8423 |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| $404,374.12 IN BANK FUNDS SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT '0178; $1,925.80 IN BANK FUNDS SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT '0151; $613,573.28 IN BANK FUNDS SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT '3645; $260,283.40 IN BANK FUNDS SEIZED FROM NATIONAL BANK OF ARIZONA ACCOUNT '6910; $64,552.82 IN BANK FUNDS SEIZED FROM OR FROZEN IN ASCENSUS BROKER SERVICES 4301; AND $56,902.00 IN BANK FUNDS SEIZED FROM OR FROZEN IN ASCENSUS BROKER SERVICES 8001, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE:

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendants, $404,374.12 in Bank Funds Seized From National Bank of Arizona Account '0178; $1,925.80 in Bank Funds Seized From National Bank of Arizona Account '0151; $613,573.28 in Bank Funds Seized From National Bank of Arizona Account '3645; $260,283.40 in Bank Funds Seized From National Bank of Arizona Account '6910; $64,552.82 in Bank Funds Seized From Or Frozen in Ascensus Broker Services 4301; and $56,902.00 in Bank Funds Seized From Or Frozen in Ascensus Broker Services 8001, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

KIRY K. GRAY, Clerk

_____
Deputy Clerk of Court

2