# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>404,374.12 in Bank Funds Seized from National Bank of Arizona Account 0178 et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | CASE NUMBER<br><br>2:18-cv-08423 CBM(MRWx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

__October 4, 2018__     R. Gary Klausner  /s/ Gary Klausner
Date                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____            _____
Date                    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:18-cv-06742 RGK(PJWx)__ and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Wilner__ to Magistrate Judge __Walsh__.

On all documents subsequently filed in this case, please substitute the initials __RGK(PJWx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:18-cv-08423 RGK(PJWx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (10/16)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)