| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

RECEIVED C/C<br>U.S MARSHALS SERVICE<br>2019 MAY 31 AM 10: 20

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CV 18-8423 RGK (PJWx) LOG# 2181 JOS. 3 |
|---|---|
| DEFENDANT<br>$404,374.12 BANK FUNDS-NATIONAL BANK OF ARIZONA ACCT '0178, ET AL. | TYPE OF PROCESS<br>COMPLAINT / WARRANT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA JOHN J. KUCERA
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

CATS: 18-USP-001110 (Acct '3645); 18-USP-001433 (Acct '6910); 18-USP-001432 (Acct '4301); 18-USP-001431 (Acct '8001)
Please seize the defendant funds.
AMENDED TO REFLECT USMS REQUEST

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-3391 | DATE<br>5/28/19 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/31/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)*<br>CLERK, U.S. DISTRICT COURT<br>JUN 24 2019<br>CALIFORNIA DEPUTY | Date 6/10/19  Time 12:00 ☒ pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 | X$0.00X |

REMARKS: Seized $995,312.49 (18-USP-001110, 18-USP-001433, 18-USP-001432, 18-USP-001431) as CV 18-8423 on 05/16/2019.

PRINT 5 COPIES: 
1. 
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00